No. 893. PUBLIC SERVICE COMMISSION OF WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION. C. A. D. C. Cir. Certiorari denied. *William E. Torkelson* for Public Service Commission of Wisconsin, and *Raymond F. Simon* for City of Chicago, petitioners. *Solicitor General Griswold, Richard A. Solomon, Peter H. Schiff, Israel Convisser* and *Cyril S. Wofsy* for Federal Power Commission. *Charles C. McDugald* and *William W. Brackett* for Natural Gas Pipeline Co. of America, intervenor below. *Charles F. Wheatley, Jr.,* for Village of Bethany, Illinois, et al., as *amici curiae,* in support of the petition.

No. 905. MASTRO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Earl E. Strayhorn, Charles B. Evins* and *Sam Adam* for petitioner. *Solicitor General Griswold* for the United States.

No. 906. ROVICO, INC. *v.* AMERICAN PHOTOCOPY EQUIPMENT Co. C. A. 7th Cir. Certiorari denied. *Samuel J. Stoll* for petitioner. *William C. Conner, Albert E. Jenner, Jr., John J. Crown* and *Robert A. Curley* for respondent.

No. 911. NANTAHALA POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION. C. A. 4th Cir. Certiorari denied. *Randall J. LeBoeuf, Jr.,* for petitioner. *Solicitor General Griswold, Richard A. Solomon, Peter H. Schiff, Drexel D. Journey* and *Israel Convisser* for respondent.

No. 914. SCHEMEL *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied. *William J. Marshall* for petitioner. *Thomas M. Scanlon* and *Ross L. Malone* for respondent.